David SKUNDOR, and the class of similarly situated persons being all prisoners housed in the Quilliams I and II Units at the Mount Olive Correctional Complex, Plaintiff—Appellant,

v.

Michael COLEMAN, Warden, Mount Olive Correctional Complex, in his personal and official capacities; Thomas McBride, Warden, Mount Olive Correctional Complex, in his official capacity; Robert Daniel, in his personal capacity, Defendants—Appellees.

No. 03–7585.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 30, 2004.

Decided: June 2, 2004.

258

David Skundor, Appellant pro se.

Heather A. Connolly, Office of the Attorney General, Charleston, West Virginia; Charles Patrick Houdyschell, Jr., West Virginia Division of Corrections, Charleston, West Virginia, for Appellees.

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Skundor appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint, and denying his motion to alter judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Skundor v. McBride*, No. CA–02–205–5, 2002 WL 31246566 (S.D.W. Va. Sept. 9, 2003; Nov. 4, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*